# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00209-CR

**Victor Alonso Godina, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 01-302-K368, HONORABLE BURT CARNES, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Victor Alonso Godina seeks to appeal from a judgment of conviction for indecency with a child by contact. The trial court has certified, and the record confirms, that Godina waived the right of appeal as part of a plea bargain agreement. *See* Tex. R. App. P. 25.2(a)(2); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

Mack Kidd, Justice

Before Chief Justice Law, Justices Kidd and Patterson

Dismissed

Filed: June 19, 2003

Do Not Publish